**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Gregory MacDonald BERRY, Defendant–Appellant.**

No. 12–50310.

United States Court of Appeals, Ninth Circuit.

by 9th Cir. R. 36–3.

Submitted Nov. 19, 2013.*

Filed Dec. 9, 2013.

E. Martin Estrada, Assistant U.S., Curtis A. Kin, Esquire, Assistant U.S., Michael Jay Stern, Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff-Appellee.

Gregory MacDonald Berry, Tucson, AZ, pro se.

Before: CANBY, TROTT, and THOMAS, Circuit Judges.

## MEMORANDUM **

Gregory MacDonald Berry appeals pro se from the district court's order denying his motion for return of property. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

In 2010, the government offered to release Berry's property to someone designated by Berry or to package the items and ship them at Berry's expense. Berry has cited no authority to support his claim that the government must return the property to him at the government's expense.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.